UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

CHRISTOPHER WOLCOTT

                                              Plaintiff,

     -v.-

                                          Civil Action No.
                                    1:04-cv-1273 (GLS/GJD)

COMMISSIONER OF SOCIAL SECURITY

                                            Defendant.
--------------------------------------------------------------------------------

APPEARANCES:

**FOR THE PLAINTIFF:**            **OF COUNSEL:**

Office of Peter M. Margolius      PETER M. MARGOLIUS, ESQ.
7 Howard Street
Catskill, New York 12414

**FOR THE DEFENDANT:**

GLENN T. SUDDABY            WILLIAM H. PEASE
United States Attorney for the    Assistant U.S. Attorney
 Northern District of New York
100 South Clinton Street
Syracuse, New York 13261-7198


GARY L. SHARPE,
U.S. DISTRICT JUDGE

## **ORDER**

The above-captioned matter, comes to this court following a Report-Recommendation by Chief Magistrate Judge Gustave J. DiBianco duly filed February 16, 2006. Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Chief Magistrate Judge Gustave J. DiBianco filed February 16, 2006 is ACCEPTED in its entirety for the reasons state therein, and it is further

ORDERED, that the clerk of the court is directed to correct the text of docket entry number 12 to reflect the appropriate recommended relief of dismissal indicated in the Report-Recommendation and Order, and it is further

ORDERED, that the decision of the Commissioner is AFFIRMED and the Complaint (Dkt. No. 1) is DISMISSED , and it is further

ORDERED, that the Clerk of the Court is to enter judgment in favor of Defendant and close this case.

IT IS SO ORDERED

Dated:	March 10, 2006
	Albany, New York

_Gary L. Sharpe_
Gary L. Sharpe
U.S. District Judge